UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| ROBERT BERENYI and | * | |
| MELANIE LEE BERENYI | * | Case No. 04-69067-CRM |
| | * | |
| Debtors. | * | JUDGE C. RAY MULLINS |

## APPLICATION TO PAY FUNDS INTO REGISTRY OF COURT

Edwin K. Palmer, Trustee of the named Estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the Estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $130.29, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| **Name and Last Known Address** | **Amount** |
|---|---|
| Quantum Radiology Northwest<br>P.O. Box 1000023<br>Kennesaw, GA 30156 | $123.07 |
| Quantum Radiology Northwest<br>P.O. Box 1000023<br>Kennesaw, GA 30156 | $7.22 |

/s/ Edwin K. Palmer
Edwin K. Palmer
Chapter 7 Trustee

P.O. Box 1284
Decatur, GA 30031
(404) 479-4450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| ROBERT BERENYI and | * | |
| MELANIE LEE BERENYI | * | Case No. 04-69067-CRM |
| | * | |
| Debtors. | * | JUDGE C. RAY MULLINS |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Application to Pay Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

Jerry F. Pittman, Esq.
306 Tanner Street
Carrollton, GA 30117

Quantum Radiology Northwest
P.O. Box 1000023
Kennesaw, GA 30156

This 15th day of April, 2009.

/s/ Edwin K. Palmer
Edwin K. Palmer, Trustee